U.S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | | |
|---|---|---|
| Hali-Power, Inc. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:10-cv-0773-GLS-RFT |
| | ) | |
| v. | ) | |
| | ) | |
| mStation Corporation, a/k/a | ) | |
| mStation, Inc. | ) | |
| | ) | |
| Defendant. | ) | November 22, 2010 |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR
HALI-POWER, INC.**

The undersigned attorney, Matthew C. Wagner, is one of the counsel of record in this matter for Hali-Power, Inc. ("Plaintiff"), having appeared in this action while a Partner at Collen IP, along with other attorneys at that firm. Attorney Wagner recently changed law firms, from Collen IP to Diserio Martin O'Connor & Castiglioni, LLP, 50 Main Street, Suite 1000, White Plains, NY 10606.

Attorney Wagner hereby respectfully requests an order of this Court granting his withdrawal as counsel for Plaintiff. Plaintiff will continue to be represented in this action by Jeffrey A. Lindenbaum, Jenny T. Slocum and Jess M. Collen.

                                                      Respectfully submitted,

                                                      /s/ Matthew C. Wagner, #105751_____
                                                      Diserio Martin O'Connor & Castiglioni LLP
                                                      50 Main Street, Suite 1000
                                                      White Plains, NY 10606
                                                      Tel: 914-684-0090
                                                      mwagner@dmoc.com

## ORDER

The foregoing Motion, having been heard by the Court, it is hereby GRANTED/DENIED.

BY THE COURT

_____
Judge/Assistant Clerk

## CERTIFICATE OF FILING AND SERVICE

I, hereby certify that on this 22nd day of November, 2010, I filed the above-motion to withdraw with the Court via its ECF system, which will send notification to all counsel of record. I further certify that a copy of this motion to withdraw will be sent on November 22, 2010, via first class mail to Plaintiff at the following address:

Hali-Power, Inc.
30 Black Bear Road
PO Box 458
Bearsville, NY 12409

/s/ Matthew C. Wagner, #105751

H:\LIT\MCW\Withdrawal of Appearance - Collen IP\Hali-Power, Inc. v. mStation, Inc..doc